UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSUE ROMERO, on behalf of himself and all others similarly situated,

    Plaintiffs,

-against-

CAROLINA SELECT BRANDS, LLC

    Defendant.

Case No. 1:20-cv-09080

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Brooklyn, New York
    December 23, 2020

Respectfully submitted,

/s/ Joseph H. Mizrahi
Cohen & Mizrahi LLP
*Attorneys for Plaintiff*

SO ORDERED.

[signature]

December 28, 2020